UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROXANNE HARRIS and
JOSH BOGGESS,

    Plaintiffs,

v.

Case No. 25-cv-11730
Honorable Linda V. Parker

VIKKI BAYEH HALEY, et al.,

    Defendants.
_____/

## OPINION AND ORDER STRIKING PLAINTIFFS' THIRD AMENDED COMPLAINT (ECF NO. 20) & TERMINATING NEWLY ADDED DEFENDANT LOUIE'S TOWING

On June 10, 2025, Plaintiffs Roxanne Harris and Josh Boggess (collectively "Plaintiffs") filed this pro se action under 42 U.S.C. §§ 1983 and 1985(3) (ECF No. 1) and an application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915 (ECF No. 2).  Plaintiffs filed an Amended Complaint on July 28, 2025.  (ECF No. 7.)  The Court then granted Plaintiffs motion to proceed IFP and required them to file an amended pleading (ECF No. 8), which they did on July 30, 2025 (ECF No. 13).  On August 4, they filed a Third Amended Complaint.  (ECF No. 20.)

Federal Rule of Civil Procedure 15 allows a party to amend the party's pleading "*once* as a matter of course . . .." Fed. R. Civ. P. 15(a)(1) (emphasis

added). Thereafter, "a party may amend its pleading *only* with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2) (emphasis added). Plaintiffs did not seek consent from Defendants or this Court before filing their Third Amended Complaint. It is, therefore, **STRICKEN** and newly-added Defendant Louie's Towing is **TERMINATED** as a party to this action.

    **SO ORDERED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: August 8, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 8, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan<br>
Case Manager