UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROXANNE HARRIS and
JOSH BOGGESS
      Plaintiffs,

v.

LINDA SPEARLING, JOHN PILON,
JOHN TORRAS, LARRY GREEN,
and TOWNSHIP OF MT. MORRIS

      Defendants.

_____/

Case No. 25-cv-11730
Honorable Linda V. Parker
Mag. Judge Kimberly G. Altman

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFFS' MOTION FOR RETURN OF SEIZED PROPERTY (ECF No. 15.)

Plaintiffs commenced this lawsuit against Defendants on June 10, 2025. (ECF No. 1.) On July 30, 2025, Plaintiffs filed a motion for return of seized property, contending that their Fourth, Fifth and Fourteenth Amendment rights had been violated, as well as alleged violations of Michigan state law and court rules. (ECF No. 15 at PageID.310.) Defendants filed a response to the motion on November 24, 2025, after receiving several extensions from the Court. (ECF No. 38.) The matter has been assigned to Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive

matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 30.)

On January 15, 2026, Magistrate Judge Altman issued a report and recommendation ("R&R") recommending that the Court deny Plaintiff's motion. (ECF No. 52.)  At the conclusion of the R&R, Judge Altman advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that the failure to file specific objections constitutes a waiver of any further right to appeal.  (*Id*.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for return of seized property (ECF No. 15) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 10, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 10, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

2